# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JUDGE MICHAEL S. BERG)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**ROSALINA CRUZ GAYTAN,**<br><br>　　　　Defendant. | CASE NO.: 25-MJ-5113-MSB<br><br>**ORDER** |

**GOOD CAUSE HAVING BEEN SHOWN**, the court hereby substitutes attorney Isaac Blumberg, to Jay E. Monico, as counsel for defendant, ROSALINA CRUZ GAYTAN.

Dated: 9/29/2025

_____
HONORABLE MICHAEL S. BERG
United States Magistrate Judge

1